UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 01-00470-CR-UNGARO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

FRANTZ BERNARD,
    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT**

THIS CAUSE is before the Court on the Government's Superseding Petition and Order for Action on Conditions of Supervised Release (D.E. 64.)  The matter was referred to Magistrate Judge Andrea M. Simonton who on April 15, 2008 issued a Report recommending the Defendant's supervised release be revoked based on the Defendant's admission to violations numbered one through four.  Violations one through four include the following:

| Violation Number | Nature of Compliance |
|---|---|
| 1. | Violation of Mandatory Condition, by failing to refrain from violation of the law.  On or about August 17, 2007, in Miami, Florida the Defendant committed the offense of Unlawful Driving as a Habitual Traffic Offender, contrary to Florida State Statute 332.34(5), a third degree felony.  On November 13, 2007 the Defendant pled guilty in docket number F07-28540 and was sentenced to time served. |
| 2. | Violation of Mandatory Condition, by failing to refrain from violation of the law.  On or about August 17, 2007, in Miami, Florida the Defendant committed the offense of Resisting Officer without Violence, contrary to Florida State Statute 843.02, a first degree misdemeanor.  On November 13, 2007, the Defendant pled guilty in docket number F07-28540 and was sentenced to time served. |

3.  <u>Violation of Mandatory Condition</u>, by failing to refrain from violation of the law.  On or about August 17, 2007, in Miami Florida, the Defendant committed the offense of Driving While License Suspended/Third Offense, contrary to Florida State Statute 322.34(2)(C), a third degree felony.  On November 13, 2007, the Defendant pled guilty in docket number F07-28540 and was sentenced to time served.

4.  <u>Violation of Mandatory Condition</u>, by failing to refrain from violation of the law.  On or about August 17, 2007, in Miami, Florida, the Defendant committed the offense of Reckless Driving, contrary to Florida State Statute 316.192, a second degree misdemeanor.  On November 13, 2007, the Defendant pled guilty in docket number F07-28540 and was sentenced to time served.

(D.E. 79.)

 The matter is ripe for disposition and no objections to the Magistrate Judge's Report have been filed.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED.  The Defendant's supervised release is REVOKED based on violations numbered one through four.

DONE AND ORDERED in Chambers at Miami, Florida, this _5th__ day of June, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record